**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2014**

SAMUEL WOLLSTEIN,

              Plaintiff - Appellant,

         v.

MARY   WASHINGTON   HOSPITAL/HOSPICE;   SOCIAL   SECURITY
ADMINISTRATION; CHARLES I. MAURER, Dr.; FREDERICK TUCKER,
Dr.,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:08-cv-00252-HEH)

Submitted:  December 16, 2008      Decided:  December 19, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Wollstein, Appellant Pro Se.  Wesley Glenn Russell, Jr.,
MCSWEENEY, CRUMP, CHILDRESS & TEMPLE, PC, Richmond, Virginia;
Robin Elaine Perrin, Assistant United States Attorney, Richmond,
Virginia; Jeffrey Hamilton Geiger, SANDS, ANDERSON, MARKS &
MILLER, Richmond, Virginia; Todd David Anderson, LECLAIR RYAN,
PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Wollstein appeals the district court's order dismissing his civil complaint. In his informal appellate brief, Wollstein failed to challenge the district court's reasons supporting the denial of relief. Accordingly, Wollstein has waived appellate review of those issues. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED